JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ROBERT SMITH,<br><br>              Petitioner,<br><br>              v.<br><br>PATTON STATE HOSPITAL,<br><br>              Respondent. | Case No. EDCV 17-0441-JFW-KK<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: April 12, 2017

_____
HONORABLE JOHN F. WALTER
United States District Judge